FILED

2003 NOV 12  P 12: 47

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY RAWLS | :     3:02CV01851 (SRU) |
| VS. | |
| NEW HAVEN BOARD OF EDUCATION, ET AL | :     OCTOBER 10, 2003 |

### MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The Plaintiff in the above entitled matter respectfully moves that the scheduling orders entered on March 21, 2003 be extended by a period of four (4) months and that all discovery deadlines be reset to reflect this extension.

Counsel for Plaintiff has conferred with counsel for defendant's AFSCME Council 4, AFSCME Local 884, John Blando and Ernie Lewis who has no objection.

This matter has not yet been scheduled for trial.

THE PLAINTIFF
SHIRLEY RAWLS

By: _____
Michael W. Mackniak
87 Meadow Street
Naugatuck, Connecticut 06770
Telephone 203-723-9242
Facsimile 203-723-9205
Fed. Bar. No.: Ct15692

JUDICIAL DISTRICT OF NEW HAVEN
SUPERIOR COURT
FILED
OCT 2 3 2003
ROBERT A. AXELROD
ASST. CLERK

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid on this the 10th day of October, 2003 to the following counsel of record:

Audrey Kramer, Esq.
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109

Michael W. Mackniak