TOTAL TIME: ___ hours **30** minutes    HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**    RPTR/ERO/TAPE **Catucci**

DATE **12-10-03**    START TIME **10:05**    END TIME **10:35**
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. **3:02cv1851 (SRU)**

**Rawls**
vs.
**New Haven Bd of Ed**

Plaintiffs Counsel: **Michael MacKniak**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Audrey Kramer**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrg.) Motion Hearing
☐ (contphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #20 **Deft's Motion To Dismiss** ☑ granted ☑ denied ☐ advisement

(remaining Motion/Oral Motion lines blank)

☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____

Hearing continued until ____ at ____