UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS

VS.   CASE NO. 3:02CV01851 (SRU)

NEW HAVEN BOARD OF
EDUCATION, ET AL   JANUARY 29, 2004

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

The defendant hereby moves the Court to enlarge the time for filing a responsive pleading, for an additional twenty (20) days, or until February 21, 2004, on the grounds that counsel needs additional time to research this matter and prepare an appropriate response.

In accordance with Local Rule 9(b), the undersigned represents that she has contacted counsel for the plaintiff, Attorney Michael Mackniak's office, and has been advised that the plaintiff agrees that this motion may be granted.

This is the defendant's first request for enlargement of time within which to file a responsive pleading to Plaintiff's Second Amended Complaint.

THE DEFENDANT,
NEW HAVEN BOARD OF EDUCATION

BY: _____
Audrey C. Kramer
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510
(203)946-7968
Fed. Bar #ct14520

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 29TH day of January, 2004, the foregoing was mailed postage prepaid, to the following:

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT 06770

J. William Gagne, Jr., Esq.
Gagne & Associates, PC
1260 Silas Deane Highway
Wethersfield, CT 06109

_____
Audrey C. Kramer

J:\CYCOM32\WPDOCS\D029\P002\00000550.DOC