FILED

2004 FEB 11   A 11: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS                    :        3:02CV01851 (SRU)

VS.

NEW HAVEN BOARD OF
EDUCATION, ET AL                 :        FEBRUARY 3, 2004

## MOTION TO COMPEL

The Plaintiff in the above entitled matter respectfully moves that this Court enter

an order compelling the Defendant, AFSCME Council 4, to comply with Plaintiff's First

Request for Disclosure and Production Directed to Defendant AFSCME Council 4 dated

March 6, 2003.  In support of her motion Plaintiff represents:

1.      That the above referenced discovery requests were served upon Defendant New

Haven Board of Education on or about March 6, 2003.

2.      Pursuant to an agreement reached in the course of the March 21, 2003 Defendant

was to provide specific requested information in anticipation of the an early settlement

conference which was originally scheduled to occur on May 28, 2003.

3.      The May 28, 2003 early scheduling conference was postponed by the Court

(Garfinkle, M.).

4.      On August 5, 2003 the early settlement conference was held with Magistrate

Garfinkle presiding.

5.     Despite the delay in the early scheduling conference, Defendant AFSCME

Council 4 made no effort to provide its compliance with Plaintiff's First Request for

Disclosure and Production Directed to Defendant AFSCME Council 4 dated March 6,

2003.

6.     As of this date Defendant AFSCME Council 4 has failed to provide its

compliance with Plaintiff's First Request for Disclosure and Production Directed to

Defendant AFSCME Council 4 dated March 6, 2003.

        WHEREFORE, Plaintiff moves that this Court order the Defendant, AFSCME

Council 4 to comply with Plaintiff's First Request for Disclosure and Production

Directed to Defendant AFSCME Council 4 dated March 6, 2003 within ten (10) days of

the entry of the Court's order.

                              THE PLAINTIFF
                              SHIRLEY RAWLS


                              By: _____
                                   Michael W. Mackniak
                                   87 Meadow Street
                                   Naugatuck, Connecticut 06770
                                   Telephone 203-723-9242
                                   Facsimile 203-723-9205
                                   Fed. Bar. No.: Ct15692

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid on this the 3RD  day of February, 2004 to the following counsel of record:

Audrey Kramer, Esq.
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510

J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109

Michael W. Mackniak