UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS

  VS.                                           CASE NO. 3:02CV01851 (SRU)

NEW HAVEN BOARD OF
EDUCATION, ET AL                          APRIL 23, 2004

## MOTION FOR EXTENSION OF TIME

      Pursuant to Rule 9(b)(3)of the Local Rules of Civil Procedure, Fed. R. Civ. Proc., the defendants move for an extension of time to complete discovery, extending that time to and including June 30, 2004 and to extend the time to file its motion for summary judgment.

      In support of this motion, counsel for defendants, represents as follows:

      1.  There has been no prior motions for extension of time to complete discovery and no previous motions to extend time to file its motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED**

2. On May 12, 2003, the defendants served upon the plaintiff a set of Interrogatories and Requests for Production.

3. The plaintiff, as of this date, has yet to respond to these interrogatories.

4. Counsel for the undersigned defendants have contacted a representative of Attorney Michael Mackniak who represents the plaintiff who has no objection to this motion.

5. Counsel for the defendants have been unable to reach counsel for the co-defendant.

Wherefore, the defendants move for an extension of the time for them to complete discovery and to submit a motion for summary judgment.

                RESPECTFULLY SUBMITTED,
                THE DEFENDANTS

                By: /s/_____
                    Audrey C. Kramer
                    Assistant Corporation Counsel
                    Office of the Corporation Counsel
                    165 Church Street
                    New Haven, CT 06510
                    Federal Bar #CT14520
                    Telephone: (203) 946-7968

## **CERTIFICATION**

This is to certify that on April 23, 2004, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to the following counsel and pro se parties of record:

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT  06770

J. William Gagne, Jr., Esq.
Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

_____
Audrey C. Kramer