\#40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26 P 3:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**SHIRLEY RAWLS**

VS.

**NEW HAVEN BOARD OF EDUCATION, ET AL**

CASE NO. 3:02CV1851(SRU)

APRIL 23, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b)(3) of the Local Rules of Civil Procedure, Fed. R. Civ. Proc., the defendants move for an extension of time to complete discovery, extending that time to and including June 30, 2004 and to extend the time to file its motion for summary judgment.

In support of this motion, counsel for defendants, represents as follows:

1. There has been no prior motions for extension of time to complete discovery and no previous motions to extend time to file its motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED**

FILED 2004 APR 2 P 4:55 U.S. DISTRICT COURT BRIDGEPORT, CONN

Motion Granted.
Discovery cutoff date June 30, 2004
Dispositive Motions due by July 30, 2004
SO ORDERED 4/27/04
Stefan R. Underhill, U.S.D.J.