**FILED**

2004 JUN 15 P 1: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS             :        3:02CV01851 (SRU)

VS.

NEW HAVEN BOARD OF
EDUCATION, ET AL          :        June 11, 2004

## MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The Plaintiff in the above entitled matter respectfully moves that the scheduling orders pertaining to discovery entered on March 21, 2003 be extended until August 30, 2004.

Counsel for Plaintiff has conferred with counsel for defendant's AFSCME Council 4, AFSCME Local 884, John Blando and Ernie Lewis who has no objection.

This matter has not yet been scheduled for trial.

THE PLAINTIFF
SHIRLEY RAWLS

By: _____
Michael W. Mackniak
87 Meadow Street
Naugatuck, Connecticut 06770
Telephone 203-723-9242
Facsimile 203-723-9205
Fed. Bar. No.: Ct15692

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid on this the 11th day of June 2004 to the following counsel of record:

Audrey Kramer, Esq.
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510

J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109

_____
Michael W. Mackniak