UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHIRLEY RAWLS** | |
| **VS.** | **CASE NO. 3:02CV01851 (SRU)** |
| **NEW HAVEN BOARD OF EDUCATION, ET AL** | **JUNE 16, 2004** |

## MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Federal and Local Rule of Civil Procedure 37, Defendants, City of New Haven, et al hereby move to compel the plaintiff, Shirley Rawls to answer the Defendants' First Set of Interrogatories and Request for Production dated May 12, 2003 ("Discovery Requests"). As of this date, the plaintiff has failed to respond to the defendants despite the fact that discovery, at this time, is scheduled to be completed by June 30, 2004.

Accordingly, the Defendants respectfully requests that the Court order the plaintiff to respond to the discovery requests and, if she does not respond, to dismiss the plaintiff's action pursuant to Federal Rules of Civil Procedure 37(d), (b)(2)(C).

Defendants submit a memorandum and accompanying affidavit in support of this motion that they have conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by this motion without Court intervention, but have been unsuccessful.

          RESPECTFULLY SUBMITTED,
          THE DEFENDANTS

By: /s/_____
     Audrey C. Kramer
     Assistant Corporation Counsel
     Office of the Corporation Counsel
     165 Church Street
     New Haven, CT 06510
     Federal Bar #CT14520
     Telephone: (203) 946-7968

## **CERTIFICATION**

     This is to certify that on June 16, 2004, a copy of the foregoing Motion to Compel and for Sanctions was mailed, postage prepaid, to the following counsel and pro se parties of record:

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT  06770

J. William Gagne, Jr., Esq.
Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

          _____
          Audrey C. Kramer