UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS
    VS.                                    CASE NO. 3:02CV01851 (SRU)

NEW HAVEN BOARD OF
EDUCATION, ET AL                         JUNE 16, 2004

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL AND FOR SANCTIONS**

**I.    Facts**

On or about May 12, 2003, the defendants, New Haven Board of Education, et al served upon the plaintiff a First Request for Interrogatories and Production ("Discovery Requests"). Plaintiff never requested nor received an extension of time to comply with discovery. Several deadlines for the completion of discovery had been set due to changes in the scheduling orders. The current deadline for completion of discovery is June 30, 2004.

On or about April 23, 2004, the counsel for the defendants had requested an extension resulting in the current deadline for discovery based upon the representations of plaintiff's counsel that Discovery Requests responses would be given by the end of May 2004. Upon receipt of these responses, plaintiff's counsel would make his client available for a deposition. As of this date no responses have been given to the discovery requests and therefore the deposition of the plaintiff can not be taken at this time.

**II.     Argument**

Federal Rules of Civil Procedure Rule 37(d) expressly provides that if a party, "fails . .. . to serve answers or objection to interrogatories submitted under Rule 33 . . . , the court . . .. may make such orders in regard to the failure as are just. The plaintiff has failed to either object or respond to the Discovery Requests served upon her more than one year ago. The plaintiff has left the defendants with no other choice than to file a Motion to Compel and for sanctions.

It is just that the court order the plaintiff to respond to the Discovery Requests and, if she fails to respond, for the court to dismiss the plaintiff's action.

**III.     Conclusion**

For the foregoing reasons, Defendants respectfully request that the Court grant their motion to compel and for sanctions and order the plaintiff to respond to the Discovery Requests and, if she does not do so, to dismiss the plaintiff's action.

                RESPECTFULLY SUBMITTED,
                THE DEFENDANTS

By:_____
      Audrey C. Kramer
      Assistant Corporation Counsel
      Office of the Corporation Counsel
      165 Church Street
      New Haven, CT 06510
      Federal Bar #CT14520
      Telephone: (203) 946-7968

## **CERTIFICATION**

      This is to certify that on June 16, 2004, a copy of the foregoing Memorandum in Support of Motion to Compel and for Sanctions was mailed, postage prepaid, to the following counsel and pro se parties of record:

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT  06770

J. William Gagne, Jr., Esq.
Gagne & Associates
1260 Silas Deane Highway
Wethersfield, CT 06109

                                                    /s/_____
                                                    Audrey C. Kramer