UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS
    VS.                              CASE NO. 3:02CV01851 (SRU)

NEW HAVEN BOARD OF
EDUCATION, ET AL                      JUNE 16, 2004

## AFFIDAVIT OF AUDREY C. KRAMER

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am attorney with the Office of Corporation Counsel, 165 Church Street, New Haven, Connecticut, and counsel for New Haven Board of Education, Karen Wolff and Starlet Wilder. I make this affidavit in support of the Defendant's Motion to Compel and for Sanctions dated June 16, 2004. I have personal knowledge of the statements herein.

3. This action was filed on October 23, 2002 in New Haven District Court.

4. The Defendants, New Haven Board of Education, et al served their First Set of Interrogatories and Requests for Production ("Discovery Requests") upon the plaintiff on or about May 12, 2003.

5. The defendants, New Haven Board of Education, et al., moved for an extension of time to complete discovery on April 23, 2004 to June 30, 2004

based upon the representation of plaintiff's counsel that responses to Discovery Requests would be forwarded no later than the end of May 2004.

6. As of this date, no responses have been give to defendants' discovery requests. Counsel for the defendants, New Haven Board of Education, et al., contacted counsel for the plaintiff on June 11, 2004 to discuss when response to its Discovery Requests could be expected.

7. Counsel for the plaintiff advised me that he was unable to give an indication as when responses to the defendant's Discovery Requests will be provided.

/s/_____
Audrey C. Kramer

Subscribed and sworn to before me this _____ day of June, 2004.

_____
Notary Public
Commissioner of the Superior Court