Case # 3:02TV1851
Shirley Rawls v. New Haven Board of Education
and AFSCME Local 884

**FILED**
2004 JUL 15 P 2:18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

July 8, 2004

Federal Court House
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Honorable Judge SRV:

My attorney has been dismissed and I request to come before you regarding interrogatories and the difficult situation I have been placed in because of my illness and attorney misconduct. Because of the events and actions involved I would also request a reversal of any compel discovery or sanctions if any have been granted due to the extenuating circumstances of this case; with inclusion into my plight in accessing the court as a disabled person of which I have a right and want desperately to exercise.

I am taking action further to deal with the attorney's conduct as it relates

to this case.

I have great respect for the justice system regardless of these inappropriate behaviors and I pray you will grant me an opportunity to speak with you.

*Shirley Rawls*
Shirley Rawls

# Law Offices of
# Michael W. Mackniak *esq.*

87 Meadow Street  
Naugatuck, CT 06770  
Tel: 203-723-9252   Fax: 203-723-9250  
e-mail: atty1@snet.net

6 Huntington Street  
Huntington, CT 06484  
Tel: 203-929-2889  Fax: 203-929-2899  
e-mail: law.o@sbcglobal.net

website: www.attorneymichael.com

July 6, 2004

Shirley Rawls  
67 Clinton Avenue  
New Haven, CT 06513

    Re:    Rawls v. Board of Education  
             Certified and Regular Mail

Dear Ms Rawls:

I am in receipt of your recent correspondence advising that my firm should no longer represent you.

I am still not in receipt of your answers to the interrogatories which I have requested on numerous occasions. As I advised recently, Judge Underhill has granted the City of New Haven's *motion to compel discovery and sanctions*. Your new counsel should be advised of this **Immediately**.

You must write a letter to Judge Underhill advising him that you no longer wish for me to represent you in this matter. I will forward a copy of this correspondence to him along with your "correspondence" of July 1, 2004.

Very truly yours,

Michael W. Mackniak

Cc:    J Underhill  
       Audrey Kramer  
       Bill Gagne

July 1, 2004

SHIRLEY RAWLS
P.O. BOX 8524
NEW HAVEN, CT
06531

Michael W. Mackniak
Attorney at Law
81 Meadow Street
Naugatuck, Connecticut

Attorney Mackniak,

Please be advised and acknowledge that this writing is to inform you that your firm no longer represents me. Enough said.

*Shirley Rawls*
Shirley Rawls

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to counsel via U.S. Mail, postage prepaid, on 7/8/04 to:

Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770

*Shirley Rauls*
Shirley Rauls

Audrey Claire Kramer
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

J. William Gagne, Jr. / J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109

4