UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS,
    Plaintiff,
V.

: CIVIL NO:3:02CV01851(SRL)

NEW HAVEN BOARD OF
EDUCATION, ET AL,
    Defendants,

: August 8, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, the undersigned hereby moves to withdraw his appearance on behalf of the plaintiff, Shirley Rawls. In support of such motion, the undersigned represents as follows:

1. On December 20th, 2001, the undersigned entered an Appearance on behalf of plaintiff, Shirley Rawls.

WHEREFORE, based on the foregoing, counsel for the Plaintiff respectfully requests this Court grant this motion to withdraw the appearance of Michael W. Mackniak On behalf of the Plaintiff.

Respectfully Submitted
The Plaintiff

By /s/
Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770
Federal Bar #CT15692

## ORDER

The foregoing motion having been heard, it is hereby ordered GRANTED/DENIED

BY THE COURT

_____
Judge

_____
Clerk

## CERTIFICATION

This is to certify that a copy of this motion was sent to all parties of record on this 10th day of August, 2004 postage prepaid:

Audrey Kramer, Esq.
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT 06510


J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109

_____
Michael W. Mackniak, Esq.