Case #3:02CV1851
Shirley Rawls v. New Haven Board of Education
and AFSCME Local 884

August 24, 2004

Federal Court House
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Honorable Judge SRV:

Due to the fact that my previous counsel has not responded to my request for case files re: the above case and my medical advisor's insistence that I retain new counsel prior to going forward with the following:

a. Depositions
*b. Conferences ...
c. Interrogatories
*d. Other ...

* ... Where an attorney would be advised to protect my interest as a disabled individual.

I must request postponement of that which is listed above (a-d) so that my medical coach and I can complete our search for new counsel.

*Shirley Rawls*
Shirley Rawls

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to counsel via U.S. Mail, postage prepaid, on 8/24/04 to:

Audrey Claire Kramer
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

J. William Gagne, Jr./J. William Gagne & Assoc.
1260 Silas Deane Hwy.
Wethersfield, CT 06109

_____
Shirley Rawls