UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY RAWLS | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:02 CV 1851 (SRU) |
| CITY OF NEW HAVEN, ET AL | : | |

**ORDER**

The motion to withdraw appearance (**doc. #48**) is granted. Attorney Mackniack shall forward a copy of this order to his client by certified mail, thereby informing her that: (1) he no longer represents her in this case, and (2) if she fails to cause an appearance to be filed on her behalf on or before September 20, 2004 she will be defaulted for failure to appear, which could lead to entry of a judgment against her and in favor of the defendants.

It is so ordered.

Dated at Bridgeport this 24th day of August 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge