# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Shirley Rawls
---
Name of Plaintiff/Petitioner

v.

New Haven Board of Education
and AFSCME Local 884          Case No. 3:02CV1851
---
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1.  Your full name: _Shirley Rawls_

    Your present mailing address: _P.O. Box 8524,_
    _New Haven, CT 06531_
    Contact Number (Days)
    Telephone number: _(203) 606-7699_

2.  Are you presently employed? YES _X_ NO ___
    * Inactive Employee W/o Pay

3.  If your answer to #2 is YES, please provide the name and address of your employer
    and the amount of your usual weekly earnings. _New Haven Board of_
    _Education, Gateway Center, 54 Meadow Street,_
    _New Haven, Connecticut 06519_
    Weekly earnings: _-0- (several years inactive w/o Pay)_

4.  If you are not presently employed, please provide the name and address of your
    last employer, the date (approximate) that you last worked, and the amount of
    weekly earnings you were receiving. _(See #3)_

(Rev. 12/03)

Date last worked: _January 2001_

Weekly earnings: _approx. 500._

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _—0—_

b) interest, dividends, rents or investments of any kind? _None Known_

c) gifts or inheritances of any kind? _None Known_

6. How much money do you have in any checking or savings account(s)?

Checking: _—0— belonging to me._

Savings: _None Known_

Prison account: _N/A_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES _X_ NO ___

If YES, describe the property and state the approximate value: _Vehicle,_

_1988 Volvo; 1.5K_

8. How much money do you owe others? _Approx. 16,000. (at least but not limited to)_

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| Citi Bank | approx. 5,000. |
| Personal Party | approx. 900. |
| Southern Ct Gas | approx. 1,500. |
| U.I. | approx. 200. |
| Master Card | approx. 4,000. |
| Attorney Mackniack | *approx. 4,000. |

\* Disputed, and not limited to.

2

9.  List the persons who depend upon you for support, and state your relationship to them.

_____N/A_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO _X_

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_____

_____

_____

_____

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. ___Discrimination (Disibility)

Accomadation   and   Rights Violation_____

(Additional space on next page)

3

_(to my knowledge.)_

_____

_____

_____

## EFFORTS TO OBTAIN AN ATTORNEY
### The Court strongly suggests that you contact a minimum of three attorneys.

13.  Have you spoken with any attorney about handling your case?  YES _X_  NO __

14.  If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Michael MacKniak_

   Date you contacted this attorney _2001_  _as per case records_

   Method of contact (in person, by telephone, etc.) _Through other persons and eventually in person._

   Reason why attorney was not employed to handle your case _____
   _Attorney employed but discharged for_  _integrity_  _extreme misconduct, (July 1, 2004), to preserve case_  _of_  _among other issues_

   b) Attorney's name _Statewide Legal Services of CT_

   Date you contacted this attorney _Approx. Late June and July 1, 2004._

   Method of contact (in person, by telephone, etc.) _Telephone_

   _____

   Reason why attorney was not employed to handle your case _Per the Organization, doesn't handle civil cases._

   _____

4

c) Attorney's name ___Joe Garrison_____

Date you contacted this attorney _approx. April May June 2004 (Twice)_

Method of contact (in person, by telephone, etc.) __Telephone__
_(on my own and through CW & LF)_____

Reason why attorney was not employed to handle your case __Could not__
_afford counsultation fee and at time_
_too disabled to complete paperwork for faxed_
                                                              _Review._

15.    Explain any other efforts you have made to obtain an attorney to handle your case.

    *— Ct Womens Ed. + Legal Fund, s/w 3 attys. overtime
    and the organization has dates + atty's on file. (declined because of distance.)
    — Ct Legal Rights Project, Yale Legal Clinic, UConn, + Quinnipiac
    — Contacted various organizations (ie CAP, PAIR, DREDF Infoline,
    etc.) in the past two weeks for suggestions to pursue legal assistance.

16.    Please provide any other information which supports your application for the court
       to appoint counsel. _____

       _____

       _____

       _____

       _____

17.    Do you need a lawyer who speaks a language other than English?
       YES ____  NO _X_

       If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

September 20, 2004
Date

_Shirley Rawls_
Original Signature of Movant

Shirley Rawls
P.O. Box 8524
New Haven, CT 06531
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve

all opposing parties or their attorneys and a certificate of service is required, showing all

parties served and their addresses in accordance with LR5(b).  Failure to supply the

certificate of service will result in the motion being returned to the movant, unprocessed.


I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Audrey Claire Kramer, Esq., Office of Corporation Counsel, City of New Haven, 165 Church Street, New Haven, CT 06510; J. William Gagne, Jr., J. William Gagne, Assoc. 1560 Silas Deane Hwy., Wethersfield, CT 06109

Original Signature of Movant

(Rev. 1/2/03)

7