Shirley Rawls

    Plaintiff

V.

New Haven Board of Education
and AFSCME Local 884,

    Defendants

CIVIL ACTION
NO. 3:02CV1851

SEPTEMBER 20, 2004

## APPEARANCE

Please enter my appearance, until such
time I can secure counsel, in a Pro Se
capacity.

Hand Delivered at Bridgeport, Connecticut, this
20th day of September, 2004

By _____
Shirley Rawls, Plaintiff
P.O. Box 8524
New Haven, CT 06531

I hereby certify that a copy of the
foregoing motion was mailed to:
Audrey Kramer, Esq, Office of Corp.
Counsel, City of New Haven, Ct 06510
J. William Gagne, Jr., J. William Gagne,
Assoc., 1260 Silas Deane Hwy., Wethersfield,
Ct 06109

FILED
2004 SEP 20 P 3:49
US DISTRICT COURT
BRIDGEPORT CT