#56

Shirley Rawls

Plaintiff

CIVIL ACTION
No. 3:02CV1851 SRU

v.

New Haven Board of Education
and AFSCME Local 884,

Defendants

SEPTEMBER 20, 2004

## Motion For An EXTENSION OF TIME

For counsel for disabled plaintiff to ~~secure~~ continue SSK case; Also because of finicial restraints.

I hereby certify that a copy of the foregoing motion was mailed to: Audrey Kramer, Esq, Office of Corp. Counsel, City of New Haven, CT 06510; J. William Gagne, Jr, J. William Gagne, Assoc. 120 Silas Deane Hwy., Wethersfield, CT 06109

By: Shirley Rawls

Shirley Rawls, Plaintiff

FILED 2004 SEP 20 P 3:49
US DISTRICT COURT
BRIDGEPORT CT