UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHIRLEY RAWLS

    v.                    CIVIL NO: 3:02CV1851 (SRU)

KAREN WOLFF, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Raymond J. Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273 is appointed as counsel for the plaintiff, Shirley Rawls, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 9th day of September, 2005.

KEVIN F. ROWE, Clerk
By

/s/ Cynthia Earle

Cynthia Earle,
Staff Attorney