UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Shirley Rawls                    :              PRO BONO APPEARANCE
       *Plaintiff*,

                                 :              CASE NUMBER: 3:02CV1851 (SRU)


Karen Wolff, et al.              :              September 16, 2005
       *Defendant*.


To the Clerk of this court and all parties of record:

       Enter my appearance as Pro Bono Counsel in this case for : SHIRLEY RAWLS



_____              _____/S/_____
                                          Signature


Ct13320_____            Raymond J. Rigat_____
Connecticut Federal Bar No.:              Print or Type Name


860-669-3273_____            Gilbride & Rigat_____
Telephone Number                          Firm Name


                                          23 East Main Street_____
                                          Address


                                          Clinton, CT  06413_____
                                          City, State and Zip Code


                    CERTIFICATE OF SERVICE



       This is to certify that copies of this appearance have been mailed/handed on this
16th day of September, 2005  to counsel of record as listed below:

Audrey Clarie Kramer, Esquire
Office of the Corporation Counsel
165 Church Street, 4th floor
New Haven, CT  06510                      _____/S/_____
                                          Signature/ Raymond J. Rigat