# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHIRLEY RAWLS                                          :
                                                       :
             v.                                        :    Civil Action No.
                                                       :    3:02cv1851 (SRU)
NEW HAVEN BD OF ED, ET AL.                             :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Garfinkel for the following purpose:

_____     All purposes except trial, unless the parties consent to trial before the Magistrate Judge

_____     A ruling on all pretrial motions except dispositive motions

_____     To supervise discovery and resolve discovery disputes

_____     A ruling on the following motions which are currently pending:

__X__     A settlement conference

_____     A conference to discuss the following: _____

_____     Other: _____

SO ORDERED this 21st day of October 2005, at Bridgeport, Connecticut.


                                                    _/s/ Stefan R. Underhill_____
_____          Stefan R. Underhill
                                                    United States District Judge