UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY RAWLS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1851 (SRU) |
| | : | |
| VS. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION et al, | : | |
| Defendants | : | JANUARY 26, 2006 |

DEFENDANTS' NOTICE OF SERVICE
OF EX PARTE MEMORANDUM

The defendants, AFSCME Council4, AFSCME Local 884, Ernie Lewis and John Blando, by and through their attorney, hereby provide notice that on January 26, 2006, the defendants' Ex Parte Settlement/Status Conference Memorandum was served via DHL overnight upon the Honorable William I. Garfinkel.

Respectfully submitted,

Defendants,
AFSCME Council 4, et al.

By _____
J. William Gagne, Jr.
Law Offices of J. William Gagne, Jr.
        & Associates
970 Farmington Avenue, Suite 207
West Hartford, CT 06107
(860) 522-5049
Federal Bar No.  ct02126

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, January 26, 2006, to all counsel in this matter:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Audrey Clarie Kramer, Esq.
City of New Haven, Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

_____
J. William Gagne, Jr.