UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY RAWLS | : | |
| | : | |
| V. | : | Civ. Action No. |
| | : | 3:02 CV 1851 (SRU) |
| KAREN WOLFF, ET AL. | : | |
| | : | March 15, 2006 |

**PLAINTIFF'S PROPSED JOINT STATUS REPORT**

A.   OVERVIEW OF THE CASE

The Plaintiff, Shirley Rawls brought this action against the City of New Haven, various city employees and her labor union, and its employees asserting various claims that she was discriminated against in her employment based upon a disability, and that her employer failed to make a reasonable accommodation for her disabilities. Further, she asserts that her employer created a hostile work environment, and that her labor union failed to adequately represent her at grievance proceedings.

The defendants dispute the hostile work environment, and the allegation that the employer failed to make reasonable accommodation. The union denies that it did not adequately represent the Plaintiff, and would also assert that the Plaintiff lacks a claim upon which relief can be granted.

Discovery is not yet complete.

B.   SETTLEMENT

The parties have discussed settlement in good faith. The Plaintiff is currently making application for disability benefits with the City of New Haven. She is currently waiting for her medical records, and will need to undergo psychiatric evaluation by a doctor selected by the City of New Haven to determine her eligibility for benefits.

The parties had their last settlement conference before magistrate Garfinkel on February 2, 2006. He invited the parties to contact his chambers in the event that a further conference becomes necessary once the Plaintiff's disability application is decided upon by the City of New Haven.

C.     TRIAL PREPARATION

The Plaintiff believes that this matter should be held in abeyance until her disability application is resolved. The Plaintiff believes that there should then be one last opportunity to settle this matter, before going to trial.

The Plaintiff believes that this matter would be ready for trial sometime in the Spring of 2008. A pre-trial conference would be in order immediately prior to trial. The Plaintiff may need to amend her pleadings immediately following the decision on her disability application.

                RESPECTFULLY SUBMITTED
                THE PLAINTIFF

BY:_____
Raymond J. Rigat, Esq.
23 East Main Street
Clinton, CT  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
Federal Bar No.: ct 13320
e-mail: raymondjrigat@sbcglobal.net

| | |
|---|---|
| _____<br>Raymond J. Rigat, Esq.<br>For the Plaintiff | March 15, 2006 |
| _____<br>Audrey Claire Kramer, Esq.<br>For the City of New Haven Defendants | March 15, 2006 |
| _____<br>J. William Gagne, Jr., Esq.<br>For the AFSCME Defendants | March 15, 2006 |

## CERTIFICATION

I hereby certify that a copy of the foregoing Plaintiff's Proposed Joint Status Report was sent, Regular U.S. Mail, on this 15th Day of March, 2006, to the following:

Audrey Claire Kramer, Esq.
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510
Tel: (203) 946-7958
Fax: (203) 946-7942
e-mail: akramer@newhavenct.net


J. William Gagne, Jr., Esq.
J. William Gagne & Assoc.
970 Farmington Ave., Suite 207
West Hartford, CT  06107
Tel: (860) 522-5049
Fax: (860) 561-6204
e-mail: jwgagne@snet.net

_____
Raymond J. Rigat, Esq.