UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY RAWLS, : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | CASE NO. |
| : | 3:02-cv-01851 (SRU) |
| NEW HAVEN BOARD OF EDUCATION, : | |
| ET AL. : | |
| : | |
| Defendants. : | FEBRUARY 21, 2008 |

MOTION FOR APPROVAL OF LITIGATION EXPENSES
PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individuals:

1. Karen Wolff;
2. Starlett Wilder;
3. John Blando;  AND
4. Ernie Lewis.

The above named individuals are named defendants in this case, and it is essential to take their depositions at this time in order to respond to any dispositve motions which the defendants may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than one full day to depose all of the above individuals, and is willing to have such depositions taken at the courthouse in New Haven to save money and as a convenience to the above named individuals and to the parties.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

/s/ Raymond J. Rigat, Esq.
By:_____
Raymond J. Rigat, Esq.
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.:  ct13320

## CERTIFICATION

I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was either e-filed through CM-ECF, or sent regular U.S. mail, on this 21st day of February, 2008, to the following:

Attorney Audrey Kramer
Assitant Corporation counsel
City of New Haven
165 Church street, 4th Floor
New Haven, CT  06510;

Attorney J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109;  AND

Ms. Shirley Rawls
PO Box 8524
New Haven, CT  06531

/s/ Raymond J. Rigat, Esq.
_____
Raymond J. Rigat, Esq.