UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHIRLEY RAWLS                          :
                                       :
        V.                             :        Civ. Action No.
                                       :        3:02 CV 1851 (SRU)
KAREN WOLFF, ET AL.                    :
                                       :        February 22, 2008

**PLAINTIFF'S  STATUS REPORT**

A.    OVERVIEW OF THE CASE

        The Plaintiff, Shirley Rawls brought this action against the City of New Haven,

various city employees and her labor union, and its employees asserting  various claims

that she was discriminated against in her employment based upon a disability, and that

her employer failed to make a reasonable accommodation for her disabilities.  Further,

she asserts that her employer created a hostile work environment, and that her labor union

failed to adequately represent her at grievance proceedings.

        The defendants dispute the hostile work environment, and the allegation that the

employer failed to make reasonable accommodation.  The union denies that it did not

adequately represent the Plaintiff, and would also assert that the Plaintiff lacks a claim

upon which relief can be granted.

        Discovery is not yet complete.

B.    SETTLEMENT

        The parties have discussed settlement in good faith.  This matter does not appear

to be one which the parties will be able to settle.  Following a telephone conference with

the Court, Attorney Rigat and Kramer agreed to a new scheduling order.  Proposed dates

were completion of discovery by September 1, 2008, and dispositive motions if any to be

filed by October 1, 2008.  Attorney Gagne was not able to participate in the conference as

he was reported to be out of state.  Attorney Kramer agreed to contact him to apprise him

of the results of the telephone conference.  Proposed dates are subject to Attorney Gane's

agreement.

> RESPECTFULLY SUBMITTED
> THE PLAINTIFF
>
> /s/ Raymond J. Rigat, Esq.
> BY:_____
> Raymond J. Rigat, Esq.
> 23 East Main Street
> Clinton, CT  06413
> Tel.: (860) 669-3273
> Fax: (860) 669-3495
> Federal Bar No.: ct 13320
> e-mail: raymondjrigat@sbcglobal.net

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiff's Status

Report was sent either by CM-ECF filing, or  Regular U.S. Mail, on this 22nd  Day of

February, 2008, to the following:

Audrey Claire Kramer, Esq.
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510;

William Gagne, Jr., Esq.
J. William Gagne & Assoc.
970 Farmington Ave., Suite 207
West Hartford, CT  06107;  AND

Ms. Shirley Rawls
PO Box 8524
New Haven, CT  06531                    /s/ Raymond J. Rigat, Esq.
                                        _____
                                        Raymond J. Rigat, Esq.