UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY RAWLS,<br>    Plaintiff,<br><br>v.<br><br>NEW HAVEN BOARD OF EDUCATION et al.,<br>    Defendants. | Case No.<br>3:02cv1851 (SRU) |

**CONFERENCE MEMORANDUM**

On February 21, 2008, I held a phone conference off the record with Raymond Rigat, representing the plaintiff, and Audrey Kramer, representing the defendant. The purpose of the conference was to discuss scheduling.

I set the following schedule:

   Discovery shall be completed by **September 1, 2008**.

   Dispositive motions shall be filed by **October 1, 2008**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 22nd day of February 2008.

                                      /s/ Stefan R. Underhill
                                      Stefan R. Underhill
                                      United States District Judge