UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHIRLEY RAWLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:02-cv-01851 (SRU) |
| NEW HAVEN BOARD OF EDUCATION, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | AUGUST 30, 2008 |

MOTION TO EXTEND DISCOVERY AND SUBSTANTIVE MOTIONS DEADLINES

The Plaintiff respectfully requests the Court to extend the discovery and substantive motions deadlines by an additional sixty (60) days in the above captioned matter.

The parties have been engaged in conducting depositions over the summer, and need additional time to complete depositions.

This motion was discussed and agreed to by counsel on August 13, 2008 following the completion of the deposition of Defendant, Ms, Karen Wolff, at the Office of the Corporation counsel.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

/S/ Raymond J. Rigat, Esq.
By:_____
Raymond J. Rigat, Esq.
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.:  ct13320

## **CERTIFICATION**

  I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was either e-filed through CM-ECF, or sent regular U.S. mail, on this 30th day of August, 2008, to the following:

Attorney Audrey Kramer
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510;

Attorney J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT  06109;  AND

Ms. Shirley Rawls
PO Box 8524
New Haven, CT  06531

                /s/ Raymond J. Rigat, Esq.
                _____
                Raymond J. Rigat, Esq.